## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,                     Civil Action No.: 11-11458

    Plaintiff,                                    HON. JOHN CORBETT O'MEARA

vs.

LOGAN D. MCLEAN,

    Defendant.

_____/

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that the above entitled cause, in which no answer has been filed to the Complaint herein, is hereby dismissed, without prejudice and without costs, under the provisions of Rule 41(a) of the Federal Rules of Civil Procedure.

                                            Respectfully Submitted,

Dated: April 20, 2011                                    s/Deborah A. Winslow
                                                 Shermeta, Adams & Von Allmen, P.C.
                                                 Attorneys for the Plaintiff
                                                 P.O. Box 80883
                                                 Rochester Hills, MI 48308
                                                 (248) 519-1700
                                                 dwinslow@shermeta.com
                                                 P63179