UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America

          Plaintiff(s),                        Case No. 11-11458

v.                                              Judge John Corbett O'Meara

Logan D McLean                        Magistrate Judge Michael Hluchaniuk

          Defendant(s).
_____/

## NOTICE OF CORRECTION

Docket entry number _____, filed __04/20/2011__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [x] Other: Case closed in error. Case was reopened on 04/26/2011.

If you need further clarification or assistance, please contact __D. L. Smith__ at __(989) 894-8800__.

DAVID J. WEAVER, CLERK OF COURT

Dated: April 26, 2011

s/D. L. Smith
Deputy Clerk